

MOTION UNDER 28 U.S.C. SECTION 2255
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED
JAN 1 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY
A PERSON IN FEDERAL CUSTODY

UNITED STATES )
)
)
)
)
)
v. )  CASE NO. _____
)  (To be supplied by clerk)
)
)
_Douglas Thigpen_ )  08CV266
(Full name and prison number of )  JUDGE SHADUR
movant) MAGISTRATE JUDGE KEYS

IF THE MOVANT HAS A SENTENCE TO BE SERVED IN THE FUTURE UNDER A FEDERAL JUDGMENT WHICH HE WISHES TO ATTACK, HE SHOULD FILE A MOTION IN THE FEDERAL COURT WHICH ENTERED THE JUDGMENT.

1. Place of detention, or if on parole, date of parole release
_U.S. Penitentiary - Terre Haute, Indiana 47808_.

2. Name and location of court which sentence was imposed and name of judge who imposed the sentence which is now under attack.
_Northern District of Illinois - Eastern Division - Chicago._

1

3. Date of judgment of conviction: *March 23, 2005*

4. Case number: *03 CR 1084*

5. Length of sentence: *151 Months*

6. Nature of offense involved (all counts): *Bank Robbery, in Violation of 18 U.S.C. 2113(a) - one Count.*

7. What was your plea?       (check one)

    (A) Not guilty         ( )
    (B) Guilty             (X) - *Open Plea Declaration*
    (C) Nolo Contendere    ( )

8. Kind of trial:       (check one)

    (A) Jury         ( )
    (B) Judge only   ( )

9. Did you testify at the trial?

    Yes ( )        No ( )

10. Did you appeal from the judgment of conviction?

    Yes (X)        No ( )

11. If you did appeal, answer the following:

    (A) Name of court *Seventh Circuit Court of Appeals.*
    (B) Result *Affirmed Sentence, and Vacated Restitution order.*
    (C) Date of result *August 7, 2006*

12. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?

    Yes (X)        No ( )

13. If your answer to (12) was **"YES,"** give the following information:

(A) (1) Name of court _United States Supreme Court_

   (2) Nature of proceeding _Petition for a Writ of Certiorari_

   (3) Grounds Raised _Same as on direct appeal. Shepard Violation._

   (4) Did you receive an evidentiary hearing on your petition, application or motion?

   Yes ( )   No (X)

   (5) Result _Certiorari was denied_

   (6) Date of result _January 8, 2007_

(B) As to any second petition, application or motion, give the same information:

   (1) Name of the court _____

   (2) Nature of proceeding _____

   (3) Grounds Raised _____

   _____

   (4) Did you receive an evidentiary hearing on your petition, application or motion?

   Yes ( )   No ( )

   (5) Result _____

   (6) Date of result _____

(C) As to any third petition, application or motion, give the same information:

   (1) Name of the court _____

   (2) Nature of proceeding _____

   (3) Grounds Raised _____

   _____

3

(4) Did you receive an evidentiary hearing on your petition, application or motion?

    Yes ( )    No ( )

(5) Result_____

(6) Date of result_____

(D) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

  (1) First petition, etc.  Yes ( )  No ( )

  (2) Second petition, etc.  Yes ( )  No ( )

  (3) Third petition, etc.  Yes ( )  No ( )

(E) If you did <u>not</u> appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____
_____
_____
_____
_____
_____
_____

14. State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and <u>facts</u> supporting same.

**CAUTION: IF YOU FAIL TO SET FORTH ALL GROUNDS IN THIS MOTION, YOU MAY BE BARRED FROM PRESENTING ADDITIONAL GROUNDS AT A LATER DATE.**

A. Ground one_*See: Memorandum of Support-attached*_____

Supporting FACTS (tell your story briefly without citing cases or law: *See: Memorandum*

B. Ground two *See: Memorandum of Support - attached*

Supporting FACTS (tell your story briefly without citing cases or law): *See: Memorandum*

C. Ground three *See: Memorandum of Law - attached*

Supporting FACTS (tell your story briefly without citing cases or law):

5

D.  Ground four _See: Memorandum in Support_

Supporting FACTS (tell your story <u>briefly</u> without citing cases or law: _See: Memorandum_

15. If any of the grounds listed in 14 A, B, C, and D were not previously presented, state <u>briefly</u> what grounds were not so presented, and give your reasons for not presenting them:

16. Do you have any petition or appeal now pending in any court as to the judgment under attack?    Yes ( )    No ( )

    (A) If "**YES**," state the name of the court and the nature of the proceeding:

17. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (A) At preliminary hearing _Mr. Gary Ravitz - Chicago, IL_

    (B) At arraignment and plea _Mr. Gary Ravitz - Chicago, IL_

7

(C) At trial _Mr. Gareth Morris - Chicago, IL._

(D) At sentencing _Mr. Gareth Morris - Chicago, IL._

(E) On appeal _Ms. Johanna Christiansen_

(F) In any post-conviction proceeding _____

(G) On appeal from any adverse ruling in a post-conviction proceeding _____

18. Were you sentenced on more than one count of an indictment, or more than one indictment, in the same court and at approximately the same time?     Yes ( )     No ( )

19. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ( )     No ( )

   (A) If so, give the name and location of the court which imposed the sentence to be served in the future:_____

   (B) And give the date and length of sentence to be served in the future:_____

WHEREFORE, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____   _____
Signature of attorney (if any)        Signature of Movant

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _January 7, 2008_
                                    (date)

_____
Signature of Movant

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE, that the undersigned has filed a Motion to vacate, set aside, or correct his sentence or conviction Under 28 U.S.C. Section §2255, in the United States District Court, on Janurary 7, 2008.

This also Certifies that a copy of said document has been served upon Assistant United States Attorney, Brandon Fox, Esq.; 219 South Dearborn Street, Chicago, Illinois 60604. On January 7, 2008. By placing the document in the U.S. mail postage paid on January 7, 2008, from the USP Terre Haute, federal Prison, located in Terre Haute, Indiana 4708.

Mr. Douglas M. Thigpen
U.S. Penitentiary
P.O. Box 33
Terre Haut, IN. 47808
#96212-024