



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
KC **F I L E D**
## Civil Cover Sheet

JAN 1 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):**   UNITED STATES OF AMERICA        **Defendant(s):**   DOUGLAS THIGPEN

**County of Residence:**                           **County of Residence:**  US, Outside the State of IL

**Plaintiff's Address:**                           **Defendant's Attorney:**

1) AUSA                                            Douglas Thigpen
                                                   #96212-024
2) Brandon D Fox                                   Terre Haute - FCI
United States Attorney's Office (NDIL)             P.O. Box 33
219 South Dearborn Street, Suite 500              Terre Haute, IN   47808
Chicago, IL 60604

**Basis**
**of Jurisdiction:**  ☐ 1. U.S. Government Plaintiff     ☐ 3. Federal Question
                                                             (U.S. gov't. not a party)

                      ☑ 2. U.S. Government Defendant     ☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**     **08CV266**
                                                                 **JUDGE SHADUR**
              **Plaintiff:**                                     **MAGISTRATE JUDGE KEYS**

              **Defendant:**

**Origin:**   ☑ 1. Original Proceeding              ☐ 5. Transferred From Other District

              ☐ 2. Removed From State Court         ☐ 6. MultiDistrict Litigation

              ☐ 3. Remanded From Appellate Court    ☐ 7. Appeal to District Judge from
                                                         Magistrate Judgment
              ☐ 4. Reinstated or Reopened

**Nature of Suit:** 510 Motion to Vacate

**Cause of Action:** 28:2255

**Jury Demand:**   ☐ Yes      ☑ No

**Signature:**  *a. E. Woodham*         **Date:** 1/11/2008

                *Shadur  03CR1084*
                *Keys*