**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

United States of America
                                  Plaintiff,

v.                                                   Case No.: 1:08–cv–00266
                                                  Honorable Milton I. Shadur

Douglas Thigpen
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 14, 2008:

      MINUTE entry before Judge Milton I. Shadur :Enter Memorandum Order. "It plainly appears from the motion, any attached exhibits, and the record of prior proceedings tha the moving party is not entitled to relief." That being the case, the same Rule 4(b) calls for denial of the motion, and this Court so orders.Motion for leave to proceed in forma pauperis[4] denied as moot; Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.