# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 266 | DATE | 2/7/2008 |
| CASE TITLE | Douglas Thigpen vs. Unites States of America | | |

**DOCKET ENTRY TEXT**

Enter Statement as to Certificate of Appealability. This Court states that no certificate of appealability should issue. Thigpen is advised that he may present his Application to the Court of Appeals for its consideration. This Court holds that Thigpen must indeed pay the $455 in appellate fees, albeit in future installments. Thigpen is ordered to submit, on or before February 21, 2008, the statement from the prison authorities at USP Terre Haute for the months of August 2007 through January 2008, to enable this Court to make the necessary calculation under Section 1915(b)(1).

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | SN |
|---|---|---|