**FILED**

MAR 1 8 2008
Mar 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 266 (Judge Shadur)

RESPONSE by Douglas Thigpen to the
Court's 2/7/08 Order

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 266 | **DATE** | 2/7/2008 |
| **CASE TITLE** | Douglas Thigpen vs. Unites States of America | | |

**DOCKET ENTRY TEXT**

Enter Statement as to Certificate of Appealability. This Court states that no certificate of appealability should issue. Thigpen is advised that he may present his Application to the Court of Appeals for its consideration. This Court holds that Thigpen must indeed pay the $455 in appellate fees, albeit in future installments. Thigpen is ordered to submit, on or before February 21, 2008, the statement from the prison authorities at USP Terre Haute for the months of August 2007 through January 2008, to enable this Court to make the necessary calculation under Section 1915(b)(1).

■ [ For further detail see separate order(s).]　　　　　　　　　　　　　　　　Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|

## Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 96212024 | Current Institution: | Terre Haute FCI |
| Inmate Name: | THIGPEN, DOUGLAS | Housing Unit: | THP-C-A |
| Report Date: | 02/19/2008 | Living Quarters: | C01-110L |
| Report Time: | 3:37:31 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

### General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 5100 |
| PAC #: | 281978967 |
| FRP Participation Status: | ExemptTmp |
| Arrived From: | THA |
| Transferred To: | |
| Account Creation Date: | 5/31/2005 |
| Local Account Activation Date: | 4/14/2007 5:23:51 AM |
| Sort Codes: | |
| Last Account Update: | 2/15/2008 6:58:32 AM |
| Account Status: | Active |
| Phone Balance: | $0.58 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $25.00 | 0% |

### Account Balances

| | |
|---|---|
| Account Balance: | $0.07 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.07 |
| National 6 Months Deposits: | $535.97 |
| National 6 Months Withdrawals: | $570.94 |
| National 6 Months Avg Daily Balance: | $13.70 |
| Local Max. Balance - Prev. 30 Days: | $143.72 |
| Average Balance - Prev. 30 Days: | $7.59 |

## Commissary History

### Purchases

Validation Period Purchases: $140.65
YTD Purchases: $368.60
Last Sales Date: 2/13/2008 6:50:05 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Bi-Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $139.15
Remaining Spending Limit: $150.85

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

## Comments

Comments: