

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

March 31, 2008

To:   Michael Dobbins
      UNITED STATES DISTRICT COURT
      Northern District of Illinois
      Chicago 60604-0000



FILED
APR 01 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| No.: 08-1453 | DOUGLAS M. THIGPEN, Petitioner - Appellant<br><br>v.<br><br>UNITED STATES OF AMERICA, Respondent - Appellee |

**Originating Case Information:**

District Court No: 1:08-cv-00266
Northern District of Illinois, Eastern Division
Court Reporter J. Andrews
Clerk/Agency Rep Michael Dobbins
District Judge Milton Shadur

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

| | |
|---|---|
| CHOOSE THE TYPE OF DISMISSAL BELOW: | Circuit Rule 3(b) |
| WHAT IS THE STATUS OF THE RECORD? CHOOSE ONE OF THE FOLLOWING: | no record to be returned |

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                                **Received by:**

_____                    _____

form name: c7_Mandate

form ID: 135