

CERTIFIED COPY

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

# FILED

March 31, 2008

APR 0 1 2008   YM
Apr 1, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| No.: 08-1453 | DOUGLAS M. THIGPEN, Petitioner - Appellant v. UNITED STATES OF AMERICA, Respondent - Appellee |
|---|---|

**Originating Case Information:**

District Court No: 1:08-cv-00266
Northern District of Illinois, Eastern Division
Court Reporter J. Andrews
Clerk/Agency Rep Michael Dobbins
District Judge Milton Shadur

This cause, docketed on February 26, 2008, is **DISMISSED** for failure to timely pay the required docketing fee, pursuant to Circuit Rule 3(b).

form name: c7_FinalOrderWMandate

form ID: 137