# United States Court of Appeals
For the Seventh Circuit
Chicago, Illinois 60604

April 30, 2008

**CERTIFIED COPY**

*By the Court:*

| | |
|---|---|
| DOUGLAS M. THIGPEN,<br>　　　Petitioner-Appellant,<br><br>No. 08-1453　　　　　　v.<br><br>UNITED STATES OF AMERICA,<br>　　　Respondent-Appellee. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 08 C 266<br>]<br>] Milton I. Shadur,<br>]　　Judge. |

　　The following is before the court: **APPELLANT-PETITIONER'S MOTION TO RECALL THE MANDATE**, filed on April 14, 2008, by the pro se appellant,

　　A review of the district court's docket indicates that it has not yet assessed an initial partial filing fee in accordance with its order dated February 7, 2008. Accordingly,

　　**IT IS ORDERED** that the motion is **GRANTED**. This court's final order, dated March 31, 2008, is **VACATED**, the mandate is **RECALLED**, and this appeal is **REINSTATED**. The clerk of this court shall file instanter the tendered copies of the petitioner's application for a certificate of appealability and motion to proceed on appeal in forma pauperis.