Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 266 | **DATE** | 5/2/2008 |
| **CASE TITLE** | Douglas M. Thigpen vs. USA | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Order. As it turns out, however, the February 7 request for trust fund account information appears to have been unnecessary, for the issue of appellate filing fees is most likely moot. Accordingly this Court will not make the otherwise - applicable determination called for by Section 1915(b)(1) unless our Court of Appeals directs otherwise. In the meantime, nothing said here should be viewed as modifying this Court's earlier determination that no certificate of appealability should issue to Thigpen.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|

